**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JAIME H. PIZARRO, CRAIG SMITH, JERRY MURPHY, RANDALL IDEISHI, GLENDA STONE, RACHELLE NORTH, MARIE SILVER, and GARTH TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC; THE ADMINISTRATIVE COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; THE INVESTMENT COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; and DOES 1–30.<br><br>Defendants. | CIVIL ACTION FILE<br>No. 1:18-CV-01566-WMR |

**VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW Plaintiff Garth Taylor, by and through undersigned counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(B), and respectfully requests that this Court

1

dismiss his claim from the above captioned action without prejudice. While Mr. Taylor maintains his support for the current action, he unfortunately is unable to continue as a Plaintiff in this action due to developments in his personal health which impede his ability to participate actively in the prosecution of this case. Accordingly, Plaintiff Taylor seeks to dismiss his claim without prejudice.

WHEREFORE, for the foregoing reasons, Plaintiff Garth Taylor respectfully requests that this Court grant his Voluntary Motion to Dismiss Without Prejudice.

Dated:  March 24, 2020                         /s/ Charles Field [1]

*Charles Field
**SANFORD HEISLER SHARP, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

*Paul Blankenstein
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5213
Facsimile: (202) 499-5199
pblankenstein@sanfordheisler.com

---

[1] Pursuant to LR 7.1(D), I certify that this motion has been prepared in Times New Roman, 14-point font.

*Kevin H. Sharp
*Leigh Anne St. Charles
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

*David Tracey
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Phone: (646) 402-5650
Facsimile: (646) 402-5651
dtracey@sanfordheisler.com

*Norman Blumenthal
**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
2255 Calle Clara
San Diego, CA 92037
Phone: (858) 551-1223
Facsimile: (858) 551-1232
norm@bamlawca.com

T. Brandon Welch (GA Bar # 152409)
**STILLMAN WELCH**
3453 Pierce Drive, Suite 150
Chamblee, Georgia 30341
Telephone: (404) 895-9040
Facsimile: (404) 907-1819
brandon@stillmanwelch.com

* *admitted pro hac vice*

*Attorneys for Plaintiffs and*

3

*the Proposed Classes*

4

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

This 24th day of March, 2020.

/s/ Charles Field

Charles Field (*admitted pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com