## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAIME H. PIZARRO and CRAIG SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., et al.,<br><br>Defendants. | Case No. 1:18-cv-01566-LMM |

### NOTICE OF CHANGE OF ADDRESS/CONTACT INFORMATION PURSUANT TO LR 83.1(D)(3)

TO THE COURT, INTERESTED PARTIES, AND COUNSEL OF RECORD:

PLEASE BE ADVISED that Craig C. Martin, Amanda S. Amert, and Brienne M. Letourneau, counsel for Alight Financial Advisors, LLC and who were formerly associated with the firm Jenner & Block LLP, have changed firm affiliation. Mr. Martin, Ms. Amert, and Ms. Letourneau are now with Willkie Farr & Gallagher LLP, and as indicated below, their contact information has changed effective immediately:

> Craig C. Martin
> Amanda S. Amert
> Brienne M. Letourneau
> Willkie Farr & Gallagher LLP
> 300 N. LaSalle
> Suite 5000
> Chicago, IL 60654
> Tel: (312) 728-9000

cmartin@willkie.com
aamert@willkie.com
bletourneau@willkie.com

| | |
|---|---|
| Dated: April 10, 2020 | Respectfully submitted,<br><br>*/s/ Amanda S. Amert*<br><br>Craig C. Martin (*pro hac vice*)<br>Amanda S. Amert (*pro hac vice*)<br>Brienne M. Letourneau (*pro hac vice*)<br>Willkie Farr & Gallagher LLP<br>300 North LaSalle<br>Suite 5000<br>Chicago, Illinois 60654<br>Tel: (312) 728-9000<br>cmartin@willkie.com<br>aamert@willkie.com<br>bletourneau@willkie.com<br><br>Halsey G. Knapp, Jr.<br>Georgia Bar No. 425320<br>Zahra S. Karinshak<br>Georgia Bar No. 407911<br>Krevolin & Horst, LLC<br>1201 West Peachtree Street, NW<br>Suite 3250, One Atlantic Center<br>Atlanta, Georgia 30309<br>Tel: (404) 888-9700<br>HKnapp@khlawfirm.com<br>Karinshak@khlawfirm.com<br><br>*Counsel for Alight Financial Advisors, LLC* |

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that, on April 10, 2020, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS/CONTACT INFORMATION PURSUANT TO LR 83.1(D)(3) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to all counsel of record.

Dated: April 10, 2020          By: */s/ Amanda S. Amert*
                                   Amanda S. Amert