# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| JAIME H. PIZARRO, CRAIG SMITH, JERRY MURPHY, RANDALL IDEISHI, GLENDA STONE, RACHELLE NORTH, MARIE SILVER, and GARTH TAYLOR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE HOME DEPOT, INC.; THE ADMINISTRATIVE COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; THE INVESTMENT COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; AND DOES 1-30<br><br>    Defendants. | CIVIL ACTION FILE<br>No. 1:18-cv-01566-WMR |

## THE HOME DEPOT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CLAIMS ASSERTED BY MARIE SILVER IN COUNTS II AND VI

Defendants move under Rule 56 of the Federal Rules of Civil Procedure for summary judgment on claims asserted by Marie Silver in Counts II and VI of Plaintiffs' First Amended Complaint. The bases for this motion and the supporting authorities are set forth in the contemporaneously filed Memorandum of Law, Statement of Undisputed Material Facts, and accompanying Exhibits.

**WHEREFORE**, Defendants move for an Order granting summary judgment in their favor and dismissing Counts II and VI.

Respectfully submitted, this 10th day of April 2020.

/s/ *Danielle Chattin*
David Tetrick, Jr.
Georgia Bar No. 713653
dtetrick@kslaw.com
Darren A. Shuler
Georgia Bar No. 644276
dshuler@kslaw.com
Danielle Chattin
Georgia Bar No. 486940
dchattin@kslaw.com
Benjamin B. Watson
Georgia Bar No. 632663
bwatson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5139

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by LR 5.1B.  This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted this 10th day of April, 2020.

*/s/ Danielle Chattin*
Georgia Bar No. 486940

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2020, I electronically filed **THE HOME DEPOT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CLAIMS ASSERTED BY MARIE SILVER IN COUNTS II AND VI** with the Clerk of the Court using CM/ECF which will automatically send a copy to all attorneys of record.

*/s/ Danielle Chattin*
Georgia Bar No. 486940