# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAIME H. PIZARRO et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-01566-LMM |
| | ) |
| THE HOME DEPOT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE
## *PRO HAC VICE* OF ASHLEY M. SCHUMACHER

Pursuant to Local Rule 83.1(E), Alight Financial Advisors LLC ("AFA") respectfully requests that the Court grant leave for Ashley M. Schumacher of Jenner & Block LLP to withdraw her appearance as counsel of record for AFA in the above-captioned case. AFA will continue to be represented by counsel at Willkie Farr & Gallagher LLP and Krevolin & Horst, LLC.

Dated: April 24, 2020

Respectfully submitted,

/s/ Amanda S. Amert

Ashley M. Schumacher
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 222-9350
aschumacher@jenner.com

Craig C. Martin (*pro hac vice*)
Amanda S. Amert (*pro hac vice*)
Brienne M. Letourneau (*pro hac vice*)
Willkie Farr & Gallagher LLP
300 North LaSalle, Suite 5000
Chicago, Illinois 60654

Tel: (312) 728-9000
cmartin@willkie.com
aamert@willkie.com
bletourneau@willkie.com

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Zahra S. Karinshak
Georgia Bar No. 407911
Krevolin & Horst, LLC
1201 West Peachtree Street, NW
Suite 3250, One Atlantic Center
Atlanta, Georgia 30309
Tel: (404) 888-9700
HKnapp@khlawfirm.com
Karinshak@khlawfirm.com

*Counsel for Alight Financial Advisors LLC*

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 7.1(D), I certify this MOTION FOR LEAVE TO WITHDRAW APPEARANCE *PRO HAC VICE* OF ASHLEY M. SCHUMACHER complies with the font and point selections approved by the Court in Local Rule 5.1C.  It is prepared in Times New Roman, 14 point, and it was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to all counsel of record.

Dated: April 24, 2020                              By: */s/ Amanda S. Amert*
                                                                   Amanda S. Amert