IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAIME H. PIZARRO, CRAIG SMITH, JERRY MURPHY, RANDALL IDEISHI, GLENDA STONE, RACHELLE NORTH, MARIE SILVER, and GARTH TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.; THE ADMINISTRATIVE COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; THE INVESTMENT COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; AND DOES 1-30,<br><br>Defendants. | CIVIL ACTION FILE<br>No. 1:18-cv-01566-WMR |

## THE HOME DEPOT DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. GERALD BUETOW

Pursuant to Rule 702 of the Federal Rules of Evidence, Defendants The Home Depot, Inc., The Administrative Committee of the Home Depot FutureBuilder, and the Investment Committee of the Home Depot FutureBuilder (collectively, "The

Home Depot Defendants") hereby move to exclude the opinions and testimony of Plaintiffs' expert Dr. Gerald Buetow. The grounds for this motion and supporting authority are set forth in The Home Depot Defendants' accompanying brief.

Dated: July 12, 2021

/s/ David Tetrick, Jr.
David Tetrick, Jr.
Georgia Bar No. 713653
dtetrick@kslaw.com
Darren A. Shuler
Georgia Bar No. 644276
dshuler@kslaw.com
Danielle Chattin
Georgia Bar No. 486940
dchattin@kslaw.com
Benjamin B. Watson
Georgia Bar No. 632663
bwatson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600

*Attorneys for The Home Depot Defendants*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by LR 5.1B. This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted this 12th day of July, 2021.

*/s/ David Tetrick, Jr.*
Georgia Bar No. 713653

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2021, I electronically filed **THE HOME DEPOT DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. GERALD BUETOW** with the Clerk of the Court using CM/ECF which will automatically send a copy to all attorneys of record.

*/s/ David Tetrick, Jr.*
Georgia Bar No. 713653