IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Jamie H. Pizarro, et al** <br>   Plaintiffs, <br><br>    v. <br><br><br> **The Home Depot, Inc., et al** <br><br>   Defendants. | CIVIL ACTION FILE <br> NO. 1:18-cv-1566-WMR |

# **AMENDED NOTICE OF HEARING**

Notice is hereby given that the Court resets a hearing to be conducted via **ZOOM VIDEO and in person** on the Motions for Summary Judgment [Docs 227 and 238] and the Motions to Exclude [Docs 234 and 236] in this case on Thursday, February 24, 2022 at 9:30 a.m. before the Honorable William M. Ray, II (with Friday, February 25, 2022 as a back up date).

This 14th day of February, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE