# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:18-cv-01566-WMR**
**Pizarro et al v. The Home Depot, Inc. et al**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 02/24/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 3:00 P.M.      COURT REPORTER: Wynette Blathers
TIME IN COURT: 4:30                  DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:   William Brockman representing The Chamber of Commerce of the United States of America
Danielle Chattin representing The Administrative Committee of the Home Depot Futurebuilder 401(K) Plan
Danielle Chattin representing The Home Depot, Inc.
Danielle Chattin representing The Investment Committee of the Home Depot Futurebuilder 401(K) Plan
Charles Field representing Craig Smith
Charles Field representing Garth Taylor
Charles Field representing Glenda Stone
Charles Field representing Jaime H. Pizarro
Charles Field representing Jerry Murphy
Charles Field representing Marie Silver
Charles Field representing Rachelle North
Charles Field representing Randall Ideishi
Sean Ouellette representing Craig Smith
Sean Ouellette representing Garth Taylor
Sean Ouellette representing Glenda Stone
Sean Ouellette representing Jaime H. Pizarro
Sean Ouellette representing Jerry Murphy
Sean Ouellette representing Marie Silver
Sean Ouellette representing Rachelle North
Sean Ouellette representing Randall Ideishi
Deanna Rice representing The Chamber of Commerce of the United States of America
Darren Shuler representing The Administrative Committee of the Home Depot Futurebuilder 401(K) Plan
Darren Shuler representing The Home Depot, Inc.
Darren Shuler representing The Investment Committee of the Home Depot Futurebuilder 401(K) Plan
Leigh St. Charles representing Craig Smith
Leigh St. Charles representing Garth Taylor

|  |  |
|---|---|
|  | Leigh St. Charles representing Glenda Stone |
|  | Leigh St. Charles representing Jaime H. Pizarro |
|  | Leigh St. Charles representing Jerry Murphy |
|  | Leigh St. Charles representing Marie Silver |
|  | Leigh St. Charles representing Rachelle North |
|  | Leigh St. Charles representing Randall Ideishi |
|  | David Tetrick representing The Administrative Committee of the Home Depot Futurebuilder 401(K) Plan |
|  | David Tetrick representing The Home Depot, Inc. |
|  | David Tetrick representing The Investment Committee of the Home Depot Futurebuilder 401(K) Plan |
|  | David Tracey representing Craig Smith |
|  | David Tracey representing Garth Taylor |
|  | David Tracey representing Glenda Stone |
|  | David Tracey representing Jaime H. Pizarro |
|  | David Tracey representing Jerry Murphy |
|  | David Tracey representing Marie Silver |
|  | David Tracey representing Rachelle North |
|  | David Tracey representing Randall Ideishi |
|  | Meaghan VerGow representing The Chamber of Commerce of the United States of America |
| OTHER(S) PRESENT: | Rosie Manins, Madison Sanchez, Cindy Ruback |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | The Court ordered parties to provide a report resolving the motions for leave to file under seal by March 3, 2022, or it will defer the motions to a special master, at the cost of the parties, and schedule a hearing. The Court heard oral argument on the motions for summary judgment and will issue a ruling after further review. The Court recommends parties conduct mediation and stated it is willing to delay its ruling until after mediation, if parties choose to do so. The Court heard oral argument on the motions to exclude and will deny the motion to exclude Dr. Laffer. |
| HEARING STATUS: | Hearing Concluded |