IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Jamie H. Pizarro, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**The Home Depot, Inc., et al**,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:18-cv-01566-WMR |

ORDER OF RECUSAL

On today's date, I learned that I have inherited stock in the Home Depot Company from an aunt who had died in February 2022. While I understood that I would inherit some of her estate, I did not know the specific investments that she possessed. The unfortunate consequence of this situation is that I am no longer permitted to preside in this case given that I have a financial interest in the performance of the Defendant's business. While I believe that I could continue to be fair and make my decisions independently, the Code of Judicial Conduct applicable to Federal Judges does not permit the parties to waive this conflict.

Thus, I hereby recuse as the Presiding Judge in this matter and ask that the Clerk of Court reassign this case to another Judge of the United States

District Court for the Northern District of Georgia.  Additionally, I suggest that the parties inquire with the new Presiding Judge as to whether he or she would allow them to withdraw their motions currently pending before the Court without prejudice, with leave to refile the same.  If the parties are willing to do so and the newly assigned Presiding Judge is also accommodating, it would ensure that the newly assigned Presiding Judge would have a minimum of six months to rule on these motions, giving the motions a full consideration and thorough reading.  Otherwise, if the Judge did not rule on the motions by the end of this month, such motions would appear on the Judge's six-month list reportable to the Administrative Office of the Courts and/or Congress.  Certainly, the inability of the Judge to rule on the motions the next three weeks would be more than understandable, but should the motions be withdrawn and refiled, the Judge would not feel pressured to rule quickly to prevent these motions from appearing on the six month report.

    Although I am certainly happy to receive a bequest from my aunt's estate, I regret that this situation has impacted the parties here and particularly that it will impact one of my colleagues.

    So ORDERED this 4th day of March, 2022.

                                        _____
                                        WILLIAM M. RAY, II
                                        UNITED STATES DISTRICT JUDGE