## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAIME H. PIZARRO, CRAIG SMITH, JERRY MURPHY, RANDALL IDEISHI, GLENDA STONE, RACHELLE NORTH, and MARIE SILVER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC; THE ADMINISTRATIVE COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; THE INVESTMENT COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN; and DOES 1–30.<br><br>Defendants. | CIVIL ACTION FILE<br>No. 1:18-CV-01566-SDG |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW APARAJIT BHOWMIK, JEFFREY HERMAN, AND MOLLY DESARIO AS COUNSEL OF RECORD

Upon consideration of Plaintiffs' Motion to Withdraw Aparajit Bhowmik, Jeffrey Herman, and Molly Desario as Counsel of Record, the Court finds that good cause has been shown for the granting of the Motion.  **ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion is **GRANTED**, and

**FURTHER ORDERED**, that Mr. Bhowmik, Mr. Herman, and Ms. DeSario be withdrawn as Plaintiffs' counsel in this matter.

**SO ORDERED** this __17th__ day of __May, 2022_____.

Honorable Steven D. Grimberg
United States District Judge
Northern District of Georgia

Copies to All Counsel of Record via ECF

2