# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMIE H. PIZARRO, CRAIG SMITH, JERRY MURPHY, RANDALL IDEISHI, GLENDA STONE, RACHELLE NORTH, MARIE SILVER, GARTH TAYLOR,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE HOME DEPOT, INC., THE ADMINISTRATIVE COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN, THE INVESTMENT COMMITTEE OF THE HOME DEPOT FUTUREBUILDER 401(K) PLAN,<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:18-CV-01566-SDG |

## AMENDED JUDGMENT

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of The Home Depot Defendants' Motion for Summary Judgment, and the court having Granted said motion, and having previously granted defendant Garth Taylor's Motion to Dismiss, it is

**Ordered and Adjudged** that the plaintiff take nothing; that The Home Depot Defendants recover costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 14th day of October, 2022.

                                            KEVIN P. WEIMER CLERK
                                            OF COURT

                                  By:    s/ J K Brown
                                                   Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
October 14, 2022
Kevin P. Weimer Clerk
of Court

By: s/ J K Brown
      Deputy Clerk